brief as *amici curiae* granted. Certiorari denied.

No. D–1590.   IN RE DISBARMENT OF SMITH, *ante*, p. 984;

No. 94–8845.   TABAS *v.* UNITED STATES, *ante*, p. 973;

No. 94–9617.   HANSEN *v.* MISSISSIPPI, *ante*, p. 986;

No. 95–265.   CLEVELAND INDUSTRIAL SQUARE, INC. *v.* WHITE, MAYOR OF CLEVELAND, ET AL., *ante*, p. 986;

No. 95–582.   MUSTIN *v.* WITHROW, WARDEN, *ante*, p. 1011;

No. 95–610.   ROUSSIN *v.* MISSOURI, *ante*, p. 990;

No. 95–5649.   SIAO-PAO *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, *ante*, p. 992;

No. 95–5681.   SCARBROUGH *v.* CITY OF PRICHARD, ALABAMA, ET AL., *ante*, p. 946;

No. 95–5782.   MCCULLAR *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 948;

No. 95–5783.   JENKINS *v.* JENKINS, *ante*, p. 948;

No. 95–5943.   MCNAMARA *v.* COCHRAN ET AL., *ante*, p. 977;

No. 95–5991.   WILSON *v.* DOUGHERTY COUNTY, GEORGIA, ET AL., *ante*, p. 978;

No. 95–5993.   WEST *v.* HANRAHAN, *ante*, p. 978;

No. 95–6012.   MOODY *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 978;

No. 95–6140.   MUTCH *v.* JARRATT ET AL., *ante*, p. 994;

No. 95–6145.   MARTIN *v.* WASHINGTON, *ante*, p. 994;

No. 95–6146.   JACKSON *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 994;

No. 95–6154.   SANDERS *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, *ante*, p. 994;

No. 95–6171.   BRINKLEY *v.* SKJONSBERG ET AL., *ante*, p. 995;

No. 95–6201.   JENKINS *v.* SCOTT ET AL., *ante*, p. 996;

No. 95–6208.   LISTERMAN *v.* GTE CALIFORNIA INC. ET AL., *ante*, p. 996;

No. 95–6327.   CSORBA *v.* VARO, INC., *ante*, p. 1013;

No. 95–6352.   JENKINS *v.* MCKUNE, WARDEN, *ante*, p. 1030;

No. 95–6356.   STEELE *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY, ET AL., *ante*, p. 997;

No. 95–6368. TURNER *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, *ante,* p. 997;

No. 95–6421. SALEEM *v.* UNITED STATES, *ante,* p. 980; and

No. 95–6521. IN RE JANEK, *ante,* p. 1008. Petitions for rehearing denied.

No. 95–5450. LUCKETT *v.* RENT-A-CENTER, INC., ET AL., *ante,* p. 965. Motion for leave to file petition for rehearing denied.

JANUARY 18, 1996

No. 95–5434. CROSSEN ET UX. *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 19, 1996

No. 95–27. MERRILL ET AL. *v.* BARBOUR. C. A. D. C. Cir. Certiorari granted limited to Question 2 presented by the petition. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–668. AUCIELLO IRON WORKS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–719. GASPERINI *v.* CENTER FOR HUMANITIES, INC. C. A. 2d Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. A reply brief, if any, is to